**Order entered August 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00216-CR

**NATHAN EARL BURGESS, Appellant**

**V.**

**STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2
Collin County, Texas
Trial Court Cause No. 001-86625-2012**

## ORDER

Appellant's Augsut 18, 2014 first amended motion to extend the time to file appellant's

brief is **GRANTED**.  The time to file appellant's brief is **EXTENDED** to **September 22, 2014**.


/s/     LANA MYERS
JUSTICE